**UNITED STATES of America and Charles T. Wilson, Revenue Agent Internal Revenue Service, Petitioners-Appellees,**

v.

**Frederic G. CLINE and First Bank of Clayton County, Respondents,**

**Terry A. Lyle, Intervenor-Appellant.**

**No. 77–2805.**

United States Court of Appeals, Fifth Circuit.

Jan. 19, 1978.

UNITED STATES of America,
Plaintiff-Appellant,

v.

Sherman Johnson, Asst. U. S. Atty., William Turnipseed, Asst. U. S. Atty., Atlanta, Ga., M. Carr Ferguson, Asst. Atty. Gen., Gilbert Andrews, Chief-Appellate Sec., Dept. of Justice, Tax Div., Washington, D. C., for petitioners-appellees.

Kenneth Kilpatrick, Morrow, Ga., for respondents.

Before BROWN, Chief Judge, and THORNBERRY and RONEY, Circuit Judges.

BY THE COURT:

IT IS ORDERED that appellees' motion to dismiss the appeal is GRANTED.

Taxpayer Lyle, intervenor-appellant, appeals from an Order entered by the United States Magistrate enforcing a summons to produce certain documents to the Internal Revenue Service.

This Court is without jurisdiction to hear appeals from decisions of the United States Magistrates. *See,* e. g., *United States v. LaPorte,* C.A. 5—No. 77–2008, August 4, 1977, unpublished; *United States v. Haley,* 541 F.2d 678 (8 Cir. 1974).